# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE McELWEE, et al., | CASE NO. 1:94-CV-5712-SMS-P |
| Plaintiffs, | ORDER GRANTING MOTION, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES OF DOCUMENTS 273 AND 274 |
| v. | |
| JAMES GOMEZ, et al., | (Doc. 278) |
| Defendants. | |

On December 19, 2005, plaintiff Dwayne McElwee filed a motion seeking a copy of the final ruling in this action. This action was voluntarily dismissed by the parties, with prejudice, on June 29, 1999, and judgment was entered on July 1, 1999. Plaintiff shall be provided with copies of those orders.

Accordingly, plaintiff's motion is GRANTED and the Clerk's Office is DIRECTED to send plaintiff copies of documents 273 and 274.

IT IS SO ORDERED.

Dated: **December 21, 2005**          /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE

1